AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| HASLIP, SCOTT H | |
| 526 WALL ST | Case No.   PE56   4513345 |
| | USM No.   16-M-352 |
| PHOENIXVILLE, PA 19460 | Pro Se Defendant |
| | Defendant's Attorney |

**THE DEFENDANT:** HASLIP, SCOTT H

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.22(b)(1) | Unsafe Operations | 3/17/2016 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $75.00 | $ 0.00 | $ 50.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
PHOENIXVILLE, PA

March 17, 2016
Date of Imposition of Judgment

_Signature of Judge_

JACOB P. HART, U.S.M.J.
Name and Title of Judge

March 21, 2016
Date